UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORI GERTZ,

                Plaintiff,

-v-

                CIVIL ACTION NO. 24 Civ. 2772 (PAE) (SLC)

MOUNT SINAI HOSPITALS GROUP, INC. and THE ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 20). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, July 25, 2024 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:     New York, New York
           July 11, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge